**Translation:**

## Form to Terminate Your Legal Rights

Through this form, I am letting my attorneys from the Law Offices of Santos Gomez (the legal office of Santos Gomez) know that I have decided to not continue with my legal claims against Rancho Del Mar, Better Produce, CJJ Farming, and Juan Cisneros.

1. I understand and accept that withdrawing my claims will result in my not being a part of any agreement or finding in the legal action.

2. I acknowledge that my lawyers have identified several claims I can have and that by leaving these claims I am losing my opportunity to receive legal compensation and fines (even with a legal finding in my favor) that a plaintiff, like I, can obtain in this type of litigation.

3. I understand I have arrived at a private agreement with Rancho Del Mar, Better Produce, CJJ Farming, and/or Juan Cisneros, that there is a risk they might not comply with the terms and conditions of the agreement. My attorneys are not liable for any problem with the agreement because they have not participated in the agreement negotiations, nor do they know the terms and conditions of the agreement.

4. I also acknowledge there is a risk that the funds promised will not be paid or that, in the long run, the result will be that the funds are insufficient to what I could gain in court. I take these risks and understand them, and I acknowledge I am taking this action against the legal advice* of my attorneys. The attorneys from the law office of Santos Gomez, including Dawson Morton, have advised* me not to withdraw my claims from the lawsuit. I am taking this action against the legal advice* I have received. The decision to withdraw the claims is my responsibility. My attorneys cannot be liable for that caused by my decision not to proceed with my legal claims.

5. I acknowledge that the legal agreement for the services from the attorneys of the Law Offices of Santos Gomez obligates payment for attorney services and their incurred expenses. Under the terms and conditions of the contract with the attorneys, I acknowledge that 40% of the funds received from my legal claims and reimbursement of their expenses is due to the attorneys. If I receive any funds related to my legal claims, I acknowledge that 40% should go to the law offices of Santos Gomez, plus funds to cover expenses incurred.

6. I accept the details of this form. I acknowledge the risk, and I still continue with my instruction to my attorneys to withdraw my claims from the lawsuit. It doesn't matter that it injures my rights and ability to claim benefits in the class-action lawsuit in the future.

**Translation:**

Accepted and executed by:

Name

Signature

Date

*[\*Translator's note: This word in Spanish means "notice"; however, context, along with linguistic interference between English and Spanish, would indicate it is being used to indicate "advice."]*

## Formulario Para Extinguir Tus Reclamos Legales

Por este formulario, doy a conocer a mis abogados de Law Offices of Santos Gomez (el bufete jurídico de Santos Gomez) que he decidido no seguir con mis reclamos legales en contra de Rancho Del Mar, Better Produce, CJJ Farming y Juan Cisneros.

1. Yo entiendo y acepto que retirando mis reclamos resultará que yo no será parte de cualquier acuerdo o fallo en la acción legal.

2. Reconozco que mis abogados han identificado varios reclamos que puedo tener y que dejando estos reclamos pierdo mi oportunidad a recibir compensación (incluso un fallo legal a mi favor) y multas legales que puede obtener un demandante, como yo, en este tipo de litigo.

3. Yo entiendo que yo he llegado a un acuerdo privado con Rancho Del Mar, Better Produce, CJJ Farming y/o Juan Cisneros hay riesgo que no cumplan con los términos del acuerdo. Mis abogados, no son responsables por cualquier problema con el acuerdo porque no han participado en las negociaciones del acuerdo ni saben los términos del acuerdo.

4. Además, reconozco que hay riesgo que no serán pagado los fondos prometidos o que, al fin de cuentas, resultaran que los fondos son inadecuados a lo que podría lograr en corte. Yo tomo y entiendo estos riesgos y reconozco que estoy tomando esta acción en contra del aviso legal de mis abogados. Los abogados del bufete de Santos Gomez, incluso Dawson Morton, me han avisado a mi no retirar mis reclamos del pleito. Yo estoy tomando esta acción en contra del aviso legal que he recibido. La decisión de retirar los reclamos es mi responsabilidad. Mis abogados no pueden ser responsable por los causado por mi decisión a no proceder con mis reclamos legales.

5. Reconozco que el acuerdo legal para los servicios de los abogados de Law Offices of Santos Gomez obliga pagar por los servicios de los abogados y sus gastos incurridos. Bajo los términos del contrato con los abogados, reconozco que esta debido a los abogados 40% de los fondos recibidos por mis reclamos legales y rembolso de sus gastos. Si yo recibo cualquier fondos relacionad a mis reclamos legales reconozco que debe pasar 40% al bufete de Santo Gomez, mas fondos para cubrir gastos incurridos.

6. Acepto los detalles de este formulario. Reconozco el riesgo y todavía sigo con mi instrucción a mis abogados de retirar mis reclamos de la demanda, no importa, que hace un herido a mis derechos y mi habilidad a reclamar beneficios en la demanda colectiva en el futuro.

Aceptado y ejecutado por

Nombre ███████████████

Firma ███████████████

Fecha ███████████████