# EXHIBIT C

1 Vincent T. Martinez, Esq. (SBN 174157)
  Twitchell And Rice, LLP
2 215 North Lincoln
  Santa Maria, CA 93458
3 Telephone: (805) 925-2611
  Facsimile:  (805) 925-1635
4 E-mail: llimone@twitchellandrice.com

5 Attorneys for Defendants Better Produce, Inc.,
  Rancho Del Mar, Inc., C.J.J. Farming, Inc.,
6 and Juan Cisneros

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| MANUEL DE JESUS ALTAMIRANO-SANTIAGO, LUCIO MENDOZA-CASTRO, FREDI SAUL CANSECO-VASQUEZ and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BETTER PRODUCE, INC., RANCHO DEL MAR, INC., C.J.J. FARMING, INC., and JUAN CISNEROS, <br><br> Defendants. | Case No.: 2:19-cv-3964-DDP-FFM <br><br> **RULE 23 CLASS ACTION** <br><br> **FIRST AMENDED NOTICE OF TAKING DEPOSITION OF PLAINTIFF LUCIO MENDOZA-CASTRO** <br><br><br> **COMPLAINT FILED:** 05/06/19 |

   PLEASE TAKE NOTICE that in accordance with Rule 30 of Federal Rules of Civil Procedure, the Defendants, namely BETTER PRODUCE, INC., RANCHO DEL MAR, INC., C.J.J FARMING, INC., and JUAN CISNEROS (collectively hereafter "Defendants") intends to take the oral deposition of LUCIO MENDOZA-CASTRO a named Plaintiff at Offices of Veritext, located at 316 W. 2nd Street, Suite 200, in the city of Los Angeles, in the State of California on the date of October 21, 2019 at 1:00 pm before a Certified Court Reporter or Deposition Officer authorized to administer oaths and record the taking of such testimony. The deposition will continue from day to day until it is completed. You are invited to attend and cross-examine.

| | | |
|---|---|---|
| 1 | Dated: October 16, 2019 | TWITCHELL AND RICE, LLP |
| 2 | | |
| 3 | | By: _[signature]_ |
| 4 | | Vincent T. Martinez, Esq |
| 5 | | 215 N. Lincoln Street<br>P.O. Box 520 |
| 6 | | Santa Maria, CA 93458<br>(805) 925-2611 |
| 7 | | Vmartinez@twitchellandrice.com<br>Attorney for Defendants |

Manuel De Jesus Altamirano-Santiago, et al. v. Better Produce, Inc., et al., U.S.D.C., C.D.CA., Case No. 2:19-cv-3964-DDP-FFM    2

Second Amended Notice of Taking Deposition

# CERTIFICATE OF SERVICE

I am employed in the County of Santa Barbara, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 215 N. Lincoln Street, Santa Maria, CA 93458.

On the date set forth below, I served a copy (copies) of the following document(s) entitled: **SECOND AMENDED NOTICE OF TAKING DEPOSITION OF PLAINTIFF LUCIO MENDOZA-CASTRO** to be served on the interested party(ies) or its/their attorney(s) of record in this action as follows:

Dawson Morton, SBN 320811          Attorneys for Plaintiffs
Law Offices of Santos Gomez
1003 Freedom Boulevard
Watsonville, CA 95076
dawson@lawofficesofsantosgomez.com

____ **By Electronic Filing**, by serving the above referenced document(s) by efiling, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Central District of California as to the above-listed parties.

____ **By Email**, I served counsel for all parties at the emails listed above on_____.

__X__ **By First Class Mail,** by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid to the addressee(s) listed herein and placing the envelope in the firm's daily mail processing center for mailing in the United States at Santa Maria, California.

____ **By Federal Express:** On _____, the envelope was delivered to a Federal Express Office in Santa Maria, CA, for delivery on the next-business-day basis to the office of the addressee.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 16, 2019, at Santa Maria, California.

Sarah McComish

1

Vincent T. Martinez, Esq. (SBN 174157)
Twitchell And Rice, LLP
215 North Lincoln
Santa Maria, CA 93458
Telephone: (805) 925-2611
Facsimile: (805) 925-1635
E-mail: llimone@twitchellandrice.com

Attorneys for Defendants Better Produce, Inc.,
Rancho Del Mar, Inc., C.J.J. Farming, Inc.,
and Juan Cisneros

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL DE JESUS ALTAMIRANO-SANTIAGO, LUCIO MENDOZA-CASTRO, FREDI SAUL CANSECO-VASQUEZ and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BETTER PRODUCE, INC., RANCHO DEL MAR, INC., C.J.J. FARMING, INC., and JUAN CISNEROS,<br><br>Defendants. | Case No.: 2:19-cv-3964-DDP-FFM<br><br>**RULE 23 CLASS ACTION**<br><br>**SECOND AMENDED NOTICE OF TAKING DEPOSITION OF PLAINTIFF FREDI SAUL CANSECO-VASQUEZ**<br><br>**COMPLAINT FILED:** 05/06/19 |

PLEASE TAKE NOTICE that in accordance with Rule 30 of Federal Rules of Civil Procedure, the Defendants, namely BETTER PRODUCE, INC., RANCHO DEL MAR, INC., C.J.J FARMING, INC., and JUAN CISNEROS (collectively hereafter "Defendants") intends to take the oral deposition of FREDI SAUL CANSECO-VASQUEZ a named Plaintiff at the Offices of Veritext, located at 316 W. 2nd Street, Suite 200, in the city of Los Angeles, in the State of California on the date of November 1, 2019 on the date of October 31, 2019 at 1:00 pm before a Certified Court Reporter or Deposition Officer authorized to administer oaths and record the taking of

1  such testimony. The deposition will continue from day to day until it is completed. You
2  are invited to attend and cross-examine.

5  Dated: October 16, 2019                    TWITCHELL AND RICE, LLP

By: _____
Vincent T. Martinez, Esq
215 N. Lincoln Street
P.O. Box 520
Santa Maria, CA 93458
(805) 925-2611
Vmartinez@twitchellandrice.com
Attorney for Defendants

CERTIFICATE OF SERVICE

I am employed in the County of Santa Barbara, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 215 N. Lincoln Street, Santa Maria, CA 93458.

On the date set forth below, I served a copy (copies) of the following document(s) entitled: **SECOND AMENDED NOTICE OF TAKING DEPOSITION OF PLAINTIFF FREDI SAUL CANSECO-VASQUEZ** to be served on the interested party(ies) or its/their attorney(s) of record in this action as follows:

Dawson Morton, SBN 320811          Attorneys for Plaintiffs
Law Offices of Santos Gomez
1003 Freedom Boulevard
Watsonville, CA 95076
dawson@lawofficesofsantosgomez.com

____ **By Electronic Filing**, by serving the above referenced document(s) by efiling, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Central District of California as to the above-listed parties.

____ **By Email**, I served counsel for all parties at the emails listed above on_____.

__X__ **By First Class Mail,** by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid to the addressee(s) listed herein and placing the envelope in the firm's daily mail processing center for mailing in the United States at Santa Maria, California.

____ **By Federal Express**: On _____, the envelope was delivered to a Federal Express Office in Santa Maria, CA, for delivery on the next-business-day basis to the office of the addressee.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 16, 2019, at Santa Maria, California.

Sarah McComish

1

1  Vincent T. Martinez, Esq. (SBN 174157)
   Twitchell And Rice, LLP
2  215 North Lincoln
   Santa Maria, CA 93458
3  Telephone: (805) 925-2611
   Facsimile:  (805) 925-1635
4  E-mail: llimone@twitchellandrice.com

5  Attorneys for Defendants Better Produce, Inc.,
   Rancho Del Mar, Inc., C.J.J. Farming, Inc.,
6  and Juan Cisneros

7

   UNITED STATES DISTRICT COURT
8
   CENTRAL DISTRICT OF CALIFORNIA
9

10

| MANUEL DE JESUS ALTAMIRANO-SANTIAGO, LUCIO MENDOZA-CASTRO, FREDI SAUL CANSECO-VASQUEZ and others similarly situated, | Case No.: 2:19-cv-3964-DDP-FFM |
|---|---|
| Plaintiffs, | **RULE 23 CLASS ACTION** |
| v. | **SECOND AMENDED NOTICE OF TAKING DEPOSITION OF PLAINTIFF SOCRATES GARCIA-GUTIERREZ** |
| BETTER PRODUCE, INC., RANCHO DEL MAR, INC., C.J.J. FARMING, INC., and JUAN CISNEROS, | |
| Defendants. | **COMPLAINT FILED:** 05/06/19 |

   PLEASE TAKE NOTICE that in accordance with Rule 30 of Federal Rules of Civil Procedure, the Defendants, namely BETTER PRODUCE, INC., RANCHO DEL MAR, INC., C.J.J FARMING, INC., and JUAN CISNEROS (collectively hereafter "Defendants") intends to take the oral deposition of SOCRATES GARCIA GUTIERREZ at the offices of the undersigned attorney, located at 215 N. Lincoln Street, in the city of Santa Maria and state of California, on the date of October 30, 2019 at 10:00 am before a Certified Court Reporter or Deposition Officer authorized to administer oaths and record the taking of such testimony. The deposition will

1 | continue from day to day until it is completed. You are invited to attend and cross-
2 | examine.
3 |
4 | Dated: October 16, 2019          TWITCHELL AND RICE, LLP
5 |
6 | By: _____
7 | Vincent T. Martinez, Esq
  | 215 N. Lincoln Street
  | P.O. Box 520
8 | Santa Maria, CA 93458
  | (805) 925-2611
9 | Vmartinez@twitchellandrice.com
  | Attorney for Defendants

Manuel De Jesus Altamirano-Santiago, et al. v. Better Produce, Inc., et al., U.S.D.C., C.D.CA., Case No. 2:19-cv-3964-DDP-FFM    2

Second Amended Notice of Taking Deposition

# CERTIFICATE OF SERVICE

I am employed in the County of Santa Barbara, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 215 N. Lincoln Street, Santa Maria, CA 93458.

On the date set forth below, I served a copy (copies) of the following document(s) entitled: **SECOND AMENDED NOTICE OF TAKING DEPOSITION OF PLAINTIFF SOCRATES GARCIA-GUTIERREZ** to be served on the interested party(ies) or its/their attorney(s) of record in this action as follows:

Dawson Morton, SBN 320811       Attorneys for Plaintiffs
Law Offices of Santos Gomez
1003 Freedom Boulevard
Watsonville, CA 95076
dawson@lawofficesofsantosgomez.com

____ **By Electronic Filing**, by serving the above referenced document(s) by efiling, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Central District of California as to the above-listed parties.

____ **By Email**, I served counsel for all parties at the emails listed above on_____.

__X__ **By First Class Mail**, by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid to the addressee(s) listed herein and placing the envelope in the firm's daily mail processing center for mailing in the United States at Santa Maria, California.

____ **By Federal Express**: On _____, the envelope was delivered to a Federal Express Office in Santa Maria, CA, for delivery on the next-business-day basis to the office of the addressee.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 16, 2019, at Santa Maria, California.

*/s/ Sarah McComish*
Sarah McComish

1  Vincent T. Martinez, Esq. (SBN 174157)
   Twitchell And Rice, LLP
2  215 North Lincoln
   Santa Maria, CA 93458
3  Telephone: (805) 925-2611
   Facsimile:  (805) 925-1635
4  E-mail: llimone@twitchellandrice.com

5  Attorneys for Defendants Better Produce, Inc.,
   Rancho Del Mar, Inc., C.J.J. Farming, Inc.,
6  and Juan Cisneros

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL DE JESUS ALTAMIRANO-SANTIAGO, LUCIO MENDOZA-CASTRO, FREDI SAUL CANSECO-VASQUEZ and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BETTER PRODUCE, INC., RANCHO DEL MAR, INC., C.J.J. FARMING, INC., and JUAN CISNEROS,<br><br>Defendants. | Case No.: 2:19-cv-3964-DDP-FFM<br><br>**RULE 23 CLASS ACTION**<br><br>**SECOND AMENDED NOTICE OF TAKING DEPOSITION OF PLAINTIFF HECTOR JIMENEZ-JIMENEZ**<br><br>**COMPLAINT FILED:** 05/06/19 |

PLEASE TAKE NOTICE that in accordance with Rule 30 of Federal Rules of Civil Procedure, the Defendants, namely BETTER PRODUCE, INC., RANCHO DEL MAR, INC., C.J.J FARMING, INC., and JUAN CISNEROS (collectively hereafter "Defendants") intends to take the oral deposition of HECTOR JIMENEZ-JIMENEZ a Opt-In Plaintiff at Offices of Veritext, located at 316 W. 2nd Street, Suite 200, in the city of Los Angeles, in the State of California on the date of November 1, 2019 at 1:00 pm before a Certified Court Reporter or Deposition Officer authorized to administer oaths and record the taking of such testimony. The deposition will continue from day to day until it is completed. You are invited to attend and cross-examine.

| | | |
|---|---|---|
| 1 | Dated: October 16, 2019 | TWITCHELL AND RICE, LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Vincent T. Martinez, Esq |
|   | | 215 N. Lincoln Street |
| 5 | | P.O. Box 520 |
|   | | Santa Maria, CA 93458 |
| 6 | | (805) 925-2611 |
|   | | Vmartinez@twitchellandrice.com |
|   | | Attorney for Defendants |

# CERTIFICATE OF SERVICE

I am employed in the County of Santa Barbara, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 215 N. Lincoln Street, Santa Maria, CA 93458.

On the date set forth below, I served a copy (copies) of the following document(s) entitled: **SECOND AMENDED NOTICE OF TAKING DEPOSITION OF PLAINTIFF HECTOR JIMENEZ-JIMENEZ** to be served on the interested party(ies) or its/their attorney(s) of record in this action as follows:

Dawson Morton, SBN 320811              Attorneys for Plaintiffs
Law Offices of Santos Gomez
1003 Freedom Boulevard
Watsonville, CA 95076
dawson@lawofficesofsantosgomez.com

____ **By Electronic Filing**, by serving the above referenced document(s) by efiling, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Central District of California as to the above-listed parties.

____ **By Email**, I served counsel for all parties at the emails listed above on_____.

__X__ **By First Class Mail**, by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid to the addressee(s) listed herein and placing the envelope in the firm's daily mail processing center for mailing in the United States at Santa Maria, California.

____ **By Federal Express**: On _____, the envelope was delivered to a Federal Express Office in Santa Maria, CA, for delivery on the next-business-day basis to the office of the addressee.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 16, 2019, at Santa Maria, California.

Sarah McComish

1

1 Vincent T. Martinez, Esq. (SBN 174157)
  Twitchell And Rice, LLP
2 215 North Lincoln
  Santa Maria, CA 93458
3 Telephone: (805) 925-2611
  Facsimile: (805) 925-1635
4 E-mail: llimone@twitchellandrice.com

5 Attorneys for Defendants Better Produce, Inc.,
  Rancho Del Mar, Inc., C.J.J. Farming, Inc.,
6 and Juan Cisneros

7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL DE JESUS ALTAMIRANO-SANTIAGO, LUCIO MENDOZA-CASTRO, FREDI SAUL CANSECO-VASQUEZ and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BETTER PRODUCE, INC., RANCHO DEL MAR, INC., C.J.J. FARMING, INC., and JUAN CISNEROS,<br><br>Defendants. | Case No.: 2:19-cv-3964-DDP-FFM<br><br>**RULE 23 CLASS ACTION**<br><br>**SECOND AMENDED NOTICE OF TAKING DEPOSITION OF PLAINTIFF MANUEL DE JESUS ALTAMIRANO-SANTIAGO**<br><br>**COMPLAINT FILED:** 05/06/19 |

PLEASE TAKE NOTICE that in accordance with Rule 30 of Federal Rules of Civil Procedure, the Defendants, namely BETTER PRODUCE, INC., RANCHO DEL MAR, INC., C.J.J FARMING, INC., and JUAN CISNEROS (collectively hereafter "Defendants") intends to take the oral deposition of MANUEL DE JESUS ALTAMIRANO-SANTIAGO a named Plaintiff at Offices of Veritext, located at 316 W. 2nd Street, Suite 200, in the city of Los Angeles, in the State of California on the date of October 31, 2019 at 9:00 am before a Certified Court Reporter or Deposition Officer authorized to administer oats and record the taking of such testimony. The deposition will continue from day to day until it is completed. You are invited to attend

1 | and cross-examine.

3 | Dated: October 16, 2019  TWITCHELL AND RICE, LLP

By: _____
Vincent T. Martinez, Esq
215 N. Lincoln Street
P.O. Box 520
Santa Maria, CA 93458
(805) 925-2611
Vmartinez@twitchellandrice.com
Attorney for Defendants

CERTIFICATE OF SERVICE

I am employed in the County of Santa Barbara, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 215 N. Lincoln Street, Santa Maria, CA 93458.

On the date set forth below, I served a copy (copies) of the following document(s) entitled: **SECOND AMENDED NOTICE OF TAKING DEPOSITION OF PLAINTIFF MANUEL DE JESUS ALTAMIRANO-SANTIAGO** to be served on the interested party(ies) or its/their attorney(s) of record in this action as follows:

Dawson Morton, SBN 320811               Attorneys for Plaintiffs
Law Offices of Santos Gomez
1003 Freedom Boulevard
Watsonville, CA 95076
dawson@lawofficesofsantosgomez.com

____ **By Electronic Filing**, by serving the above referenced document(s) by efiling, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Central District of California as to the above-listed parties.

____ **By Email**, I served counsel for all parties at the emails listed above on_____.

__X__ **By First Class Mail**, by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid to the addressee(s) listed herein and placing the envelope in the firm's daily mail processing center for mailing in the United States at Santa Maria, California.

____ **By Federal Express**: On _____, the envelope was delivered to a Federal Express Office in Santa Maria, CA, for delivery on the next-business-day basis to the office of the addressee.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 16, 2019, at Santa Maria, California.

Sarah McComish

1