# EXHIBIT D

**From:** **Vince Martinez** vmartinez@twitchellandrice.com
**Subject:** Proposed message to Dawson
**Date:** October 11, 2019 at 9:26 AM
**To:** Dawson Morton (dawson@dawsonmorton.com)  dawson@dawsonmorton.com, dawson@lawofficesofsantosgomez.com
**Cc:** todd toddhuntlaw.com  todd@toddhuntlaw.com



Dawson:

In light of the expense in carrying-out the noticed depositions, I just wanted to confirm with you that your clients will be attending the depositions.  Thank you for your attention to this matter.

Sincerely,

Vincent T. Martinez, Esq.
TWITCHELL AND RICE, LLP
215 N. Lincoln Street
Santa Maria, CA 93458
Tel:  (805) 925-2611
Fax: (805) 925-1635
website: www.twitchellandrice.com

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.