# EXHIBIT E

**From:** **Dawson Morton** dawson@dawsonmorton.com
**Subject:** Re: Proposed message to Dawson
**Date:** October 11, 2019 at 1:41 PM
**To:** Vince Martinez vmartinez@twitchellandrice.com
**Cc:** dawson@lawofficesofsantosgomez.com, todd toddhuntlaw.com todd@toddhuntlaw.com



Hi Vince:

Thanks for your email.  As I've noted—I think unilaterally noticing depositions is inappropriate.  All of these deposition notices were sent that way—which makes me think you did not actually expect these depositions to go forward.  As you know, on September 27, you unilaterally notice three depositions for Mexico City to occur on October 21 and October 22 with a fourth deposition to occur in Santa Maria on October 25.  Five days later, you again unilaterally noticed the depositions, for the same dates, this time for Los Angeles and Santa Maria.   The amended deposition notices removed the document production requests made in the original notices. But now, since you've asked, no these depositions can't go forward  as noticed.  I assume you will withdraw the notices—please let me know if that is not the case. I am happy to arrange depositions of the litigants who wish to remain in the case but because of the threats and in-person visits, we need the protections set for hearing on October 28 so that conduct won't continue.

Dawson Morton
dawson@dawsonmorton.com
404-590-1295


On Oct 11, 2019, at 9:26 AM, Vince Martinez <vmartinez@twitchellandrice.com> wrote:

Dawson:

In light of the expense in carrying-out the noticed depositions, I just wanted to confirm with you that your clients will be attending the depositions.  Thank you for your attention to this matter.

Sincerely,

Vincent T. Martinez, Esq.
TWITCHELL AND RICE, LLP
215 N. Lincoln Street
Santa Maria, CA 93458
Tel:  (805) 925-2611
Fax: (805) 925-1635
website: www.twitchellandrice.com

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.