# EXHIBIT C

Dawson Morton
Cal. SBN 320811
Santos Gomez
Cal. SBN 172741
LAW OFFICES OF SANTOS GOMEZ
1003 Freedom Boulevard
Watsonville, CA 95076
Ph: 831-228-1560
Fax: 831-228-1542
dawson@lawofficesofsantosgomez.com
santos@lawofficesofsantosgomez.com

ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SANTA BARBARA DIVISION

| | |
|---|---|
| MANUEL DE JESUS ALTAMIRANO-SANTIAGO, LUCIO MENDOZA-CASTRO, FREDI SAUL CANSECO-VASQUEZ and others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> BETTER PRODUCE, INC., RANCHO DEL MAR, INC., C.J.J. FARMING, INC., and JUAN CISNEROS, <br><br> Defendants. | CIVIL ACT. NO.: 2:19−cv−3964−DDP−FFM <br><br> DECLARATION OF DAWSON MORTON |

I, Dawson Morton, declare that I am over eighteen years of age and that I am competent to testify to the matters declared below, and that under penalty of perjury under the laws of the United States of America the following declarations are true and correct to the best of my knowledge and memory:

1. I am the lead attorney for the Plaintiffs in the above-styled matter.

2. My office has received the attached Central District Forms G-01 in the attached envelope. The postage was preprinted using a program called stamps.com, the letter was sent certified mail, the address label was typed, and the return address listing the name of an opt-in, misspelled his name.

3. I contacted defense counsel about these documents on November 21, 2019. Defense counsel, Todd Hunt, by email denied any knowledge concerning the forms and we later spoke by phone about them.

4. The Central District forms received contain my name and bar number but were not prepared by myself or anyone in the office of Plaintiffs' counsel. We first learned of these forms when they were received in the mail.

5. I determined that the notary, Cynthia Thompson, worked at a law firm in Santa Maria, California, Juarez, Adam, & Farley, LLC. I reached Ms. Thompson at this law firm on November 21, 2019.

6. Ms. Thompson confirmed that she was an employee of the law firm, had notarized the document and indicated that the form document was presented to her to notarize and that she had done so at the direction of attorney Mario Juarez. Ms. Thompson stated, "I should probably put you on the phone with the attorney," but then indicated he was unavailable. Ms. Thompson then stated she had other calls and could not talk further.

7. On December 4, 2019, defense counsel disclosed that Opt-in Plaintiffs Socrates Garcia-Gutierrez was still in the United States residing and working at Defendants' farm operations. Defense counsel indicated that they wished to depose Mr. Garcia-Gutierrez before he returned to Mexico about the form and did so on December 6, 2019. Mr. Garcia-Gutierrez testified that he did not read the form as it was in English and no one translated the form to him. He claimed not to have received the form from Defendants but rather that it was faxed from Mexico and he received it at the office of the notary public. Mr. Garcia-Gutierrez indicated that he understood the form was to end the lawsuit or at least his participation in the lawsuit. A transcript of that testimony is not yet available.

I, Dawson Morton, declare and swear under penalty of perjury under the laws of the United

1      States that the previous declarations are true and correct.

2

3    DATED: December 12, 2019

4                                                                    *s/ D. Morton*

5                                                                    DAWSON MORTON
                                                                     ATTORNEY FOR PLAINTIFFS

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28