# EXHIBIT "A"

**todd toddhuntlaw.com**

---

| | |
|---|---|
| **From:** | Dawson Morton <dawson@dawsonmorton.com> |
| **Sent:** | Thursday, November 21, 2019 2:50 PM |
| **To:** | todd toddhuntlaw.com |
| **Cc:** | Vince Martinez |
| **Subject:** | Re: additional contact with Plaintiffs in Better Produce case |

The forms are marked to proceed pro se.

I'm happy to talk to you about the matter but I also think its going to need Court intervention.

Dawson Morton
dawson@dawsonmorton.com
404-590-1295

> On Nov 21, 2019, at 2:46 PM, todd toddhuntlaw.com <todd@toddhuntlaw.com> wrote:
>
> What purpose would that serve? This makes no sense. I'm guessing there is no one listed under "new representation."
>
> *Todd Christopher Hunt*
> **Law Office of Todd C. Hunt, APC**
> 7190 West Sunset Boulevard, No. 89
> Los Angeles, CA 90046
> (310) 994-0157
>
> ---
>
> **From:** Dawson Morton <dawson@dawsonmorton.com>
> **Sent:** Thursday, November 21, 2019 2:44 PM
> **To:** todd toddhuntlaw.com <todd@toddhuntlaw.com>
> **Cc:** Vince Martinez <vmartinez@twitchellandrice.com>
> **Subject:** Re: additional contact with Plaintiffs in Better Produce case
>
> They are Central District Form G-01— Request for Approval of Substitution or Withdrawal of Counsel. I assume that they were prepared by you or Vincent— they were clearly prepared by an attorney as its an English language Court form.
>
> Dawson Morton
> dawson@dawsonmorton.com
> 404-590-1295
>
> > On Nov 21, 2019, at 2:40 PM, todd toddhuntlaw.com <todd@toddhuntlaw.com> wrote:

Dawson,

I have no idea what you are talking about. What -- or at least what type of -- Central District "form documents" are you taking about? When you state, "these new documents were prepared by counsel," are you saying these forms (?) were prepared by your office or that you believe these are documents prepared by Vincent or by me?

Todd.

*Todd Christopher Hunt*
***Law Office of Todd C. Hunt, APC***
7190 West Sunset Boulevard, No. 89
Los Angeles, CA 90046
(310) 994-0157

---

**From:** Dawson Morton <dawson@dawsonmorton.com>
**Sent:** Thursday, November 21, 2019 2:28 PM
**To:** todd toddhuntlaw.com <todd@toddhuntlaw.com>; Vince Martinez <vmartinez@twitchellandrice.com>
**Subject:** additional contact with Plaintiffs in Better Produce case

Todd and Vince:

I have received additional documents procured from Plaintiffs which appear meant to interfere with the ongoing litigation and my attorney-client relationship.  These are form documents from the Central District.  It is apparent that these new documents were prepared by counsel and obtained by you and/or your clients.  I find this quite concerning and believe it raises both bar violations (including Rule 4.2), contempt of court, as well as constituting tortious conduct.  We will be seeking an order to show cause and a further protective order to stop this continued conduct.  We will also seek sanctions against your firms and your clients as my repeated requests that you stop this course of conduct have not obtained any change in your clients' conduct and now apparently have led to counsels' involvement as well. I am disappointed that it has come to this, but the conduct has continued unabated for months despite my repeated requests that it stop. Even the Court's own admonitions at the November 4 hearing were apparently not enough to alter Defendants' course of conduct.
Dawson Morton
dawson@dawsonmorton.com
404-590-1295