# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:19-cv-03964-DDP-AFM | Date | March 9, 2021 |
|---|---|---|---|
| Title | Manuel de Jesus Altamirano-Santiago et al v. Better Produce, Inc. et al | | |

| Present: The Honorable | DEAN D. PREGERSON, UNITED STATES DISTRICT JUDGE |
|---|---|
| Patricia Gomez | Not Applicable |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER

In light of the Notice of Settlement filed February 18, 2021, the Court sets a hearing on Order to Show Cause Re Dismissal for April 19, 2021 at 10:00 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar, all pending dates will be vacated and no appearance is needed.

|   | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | PG | |