UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:19-cv-03964-DDP-AFM | Date | October 18, 2021 |
|---|---|---|---|
| Title | Manuel de Jesus Altamirano-Santiago et al v. Better Produce, Inc. et al | | |

| Present: The Honorable | DEAN D. PREGERSON, UNITED STATES DISTRICT JUDGE |
|---|---|
| Patricia Gomez | Maria Bustillos |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Dawson McKinnon Morton | Todd Hunt |

**Proceedings:** FINAL FAIRNESS HEARING
MOTION FOR FINAL APPROVAL OF CONSENT JUDGMENT AND STIPULATION FOR CLASS ACTION SETTLEMENT, AFFIMATIVE RELIEF, AND RELEASE OF CLAIMS [179]

Court and counsel confer as reflected on the record.  The matter is taken under submission.

Plaintiff is to file a proposed judgment.

                                                                                                                                : 20

Initials of Preparer    PG