Dawson Morton (Cal. SBN 320811)
Santos Gomez (Cal. SBN 172741)
**Law Offices of Santos Gomez**
1003 Freedom Boulevard
Watsonville, CA 95076
Tel: (831) 228-1560
Fax: (831) 228-1542
dawson@lawofficesofsantosgomez.com
santos@lawofficesofsantosgomez.com

Attorneys for Plaintiffs and the Class

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MANUEL DE JESUS SANTIAGO-ALTAMIRANO, and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BETTER PRODUCE, INC., RANCHO DEL MAR, INC., C.J.J. FARMING, INC., and JUAN CISNEROS,<br><br>Defendants. | Class Action Case No. 2:19-CV-3964-DDP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CONSENT JUDGMENT AND CLASS ACTION SSTIPULATION AND FINAL JUDGMENT**<br><br>Date: October 18, 2021<br>Time: 10:00 A.M. |

    Plaintiffs' motion for final approval of the Consent Judgment and Stipulation for Class Action Settlement reached with Defendants came for hearing on October 18, 2021. Good cause having been shown, Plaintiffs' motion is **GRANTED** and **IT IS HEREBY ORDERED**:

    1.    Pursuant to the Preliminary Approval Order and the terms of the Consent Judgment and Stipulation for Class Action Settlement, the class Notice was mailed to Class Members via first class mail in Spanish. Class Members were also sent notice by

1

WhatsApp text message (in Spanish) at their last available contacts provided, and a website was created and has remained continuously available. The website can be viewed in Spanish and English and includes, among other things, viewable, printable and downloadable copies of the Notice in Spanish and English as well as settlement documents filed with the Court, answers to frequently asked questions about the settlement, key settlement dates, and options on how to contact Atticus and Class Counsel. *See* Decl. of C Longley (Doc. 179-2).  The Court finds and determines that this notice procedure afforded the best practicable notice to class members and provides the basis for the Court to make an informed decision regarding approval of the Consent Judgment and Stipulation for Settlement based on the responses of class members. The Court finds and determines that the notice provided in this case was the best notice practicable, which satisfied the requirements of law and due process.

2. The Class as conditionally certified by the Preliminary Approval Order meets all of the legal requirements for class certification for settlement purposes under Federal Rule of Civil Procedure 23 and the class is appropriate for final certification for settlement purposes.

3. Considering the strength of the case and the risks of further litigation, the Court views the $3,550,000.00 Settlement result as very favorable for the class.

4. There have been no exclusions or objections to the Settlement.

5. Class members are achieving an average net recovery of over $2,200 each, which is significant for the low-wage workers in this case, and – according to Plaintiffs' counsel's estimates – amounts to an average additional $96 of compensation per week worked.

6. The Consent Judgment was negotiated at arm's length, after contested motions, full discovery, and after a mediation with a retired judge.

7. Experienced Class Counsel, Dawson Morton and Santos Gomez, have worked ably and actively to vindicate the class members' interests.

9. The Court finds reasonable the enhancement award requested for the pseudonymed Plaintiffs Carlos Rancho, Salvario Lopez, and Pedro Pancho in the amount of $24,000 each. The Court also approves additional payment in the amount of $3,000 to each Opt-in Plaintiff who filed a consent to sue in this action which they did not seek to withdraw. The Pseudonymed Plaintiffs and Opt-in Plaintiffs stepped forward to continue this litigation, did not seek to end or withdraw it, and dedicated substantial efforts to benefiting the class.

10. Plaintiffs' request for $958,500 in attorneys' fees (27% of the gross settlement amount) and $65,000 in costs, with an additional $22,232 in costs to be paid from any unclaimed funds, is approved as follows. The Court has reviewed Class Counsel's declaration and exhibits and finds the amounts are well-supported and justified for the results obtained in this matter including the substantial non-monetary relief.

    a. Plaintiffs' fee request shall be paid proportionally with each payment made by Defendants under the Consent Judgment.

    b. Plaintiffs' costs in the amount of $65,000 shall be paid from the initial payment by Defendants under the Consent Judgment.

    c. Plaintiffs' additional cost request is approved provided that unclaimed funds remain at the time of *cy pres* distribution after any redistribution pursuant to paragraph 3.18 of the Consent Judgment and Stipulation for Class Action Settlement. Plaintiffs' counsel shall be paid an additional $22,232 in costs in advance of any *cy pres* distribution pursuant to the Consent Judgment.

11. The amount of $31,750.00 shall be paid to the Settlement Administrator, Atticus Administration, LLC, from the Defendants' first payment pursuant to the Consent Judgment.

12. This Court shall retain jurisdiction for a period of three years from the date of final approval to enforce the terms of the consent judgment and this Order as previously provided in the Court's preliminary approval order.

3

[proposed] Order Granting Motion for Final Approval of Class Action Settlement

The Court therefore **ORDERS** that the Consent Judgment and Stipulation for Class Action Settlement, ECF 172-3, is **APPROVED** and **ENTERED** as an Order of this Court, the foregoing amounts shall be paid from the settlement fund.

Without affecting the finality of this order in any way, the Court retains jurisdiction of all matters relating to the interpretation, administration, implementation, effectuation, and enforcement of this order and the Consent Judgment for a period of three years from the date of this Order.

The Court also ORDERS Defendants compliance with the nonmonetary terms of the Consent Judgment contained in paragraph 3.6 of the Consent Judgment and Stipulation for Class Action Settlement.

Upon completion of administration of the Settlement, the Settlement Administrator will provide written certification of such completion to the Court and counsel for the parties.

Upon consideration of Plaintiffs' Motion, the Clerk is expressly directed to enter judgment against Defendants and in favor of Plaintiffs and the Plaintiff Class in the sum of $3,550,000.00. The judgment shall read as follows:

> Defendants shall pay a total gross amount of three million five hundred and fifty thousand dollars ($3,550,000.00). Defendants shall pay an initial payment of not less than forty (40%) percent, at least one million four hundred and twenty thousand dollars ($1,420,000.00) within twenty-one days of this Judgment and Order. Defendants shall make a second payment of at least thirty percent of the judgment amount plus then accrued compound interest of four percent per annum no later than twelve months from the date of this Judgment and Order. Defendant shall make a final payment of the remaining amount, plus then accrued compound interest of four percent per annum, no later than twenty-four months from this Order.

In the event the Clerk does not act, this document shall constitute a FINAL JUDGMENT (and a separate document constituting the judgment) for purposes of Rule 58, Federal Rules of Civil Procedure.

Dated: _____    _____
                              United States District Judge